26661, 26662. POLLARD, receiver, *v.* ROBERSON.

FELTON, J. The allegations of the petitions in these cases do not show that the plaintiff driver of the automobile was guilty of such negligence as would bar her recovery as a matter of law. The other questions involved are governed by the decision in *Pollard* v. *Roberson, ante.*
*Judgment reversed. Stephens, P. J., and Sutton, J., concur.*
DECIDED FEBRUARY 5, 1938. REHEARING DENIED MARCH 23, 1938.